1
2
3
4

**UNITED STATES DISTRICT COURT**

5

**SOUTHERN DISTRICT OF CALIFORNIA**

6
7
8
9
10
11
12

UNITED STATES OF AMERICA,

Plaintiff,

v.

RUDOLPH GORDON,

Defendant

Case No.: 21-CR-3491-JLS

**ORDER GRANTING JOINT MOTION TO CONTINUE MOTION HEARING / TRIAL SETTING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

Honorable Janis L. Sammartino

13      GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Motion Hearing

14  and Trial Setting currently scheduled for May 27, 2022, be continued to June 17, 2022, at

15  1:30 PM.  For the reasons stated in the joint motion, time is excluded under the Speedy

16  Trial Act, 18 U.S.C. § 3161(h).

17      IT IS SO ORDERED.

18  Dated:  May 25, 2022

19                                          Janis L. Sammartino
20                                          Hon. Janis L. Sammartino
                                            United States District Judge
21
22
23
24
25
26
27
28