# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   Plaintiff,   v.   RUDOLPH GORDON,   Defendant. | Case No. 21-CR-3491-JLS  **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE INFORMATION WITHOUT PREJUDICE**  The Honorable Janis L. Sammartino |

The United States of America's Motion to Dismiss the Information (ECF No. 17), without prejudice, is GRANTED. The Court dismisses the Information without prejudice.

IT IS SO ORDERED.

Dated: August 23, 2022

Hon. Janis L. Sammartino
United States District Judge